UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

        Plaintiff,

v.

CHARLES T. LAWRENCE, JR.,

        Defendant,

   and

LANDES PRIVE, LLC,
LANDES AND COMPAGNIE TRUST PRIVE,
also known as Landes and Compagnie Trst Prive KB,
HEKYEAH, LLC, JUSTIN D. SMITH
and BRENDA M. BISNER,

        Relief Defendants.

**\*\*UNDER SEAL\*\***
Case No. 23-cv-550-pp

---

**ORDER GRANTING (WITH MODIFICATIONS) *EX PARTE* EMERGENCY MOTION FOR ASSET FREEZE ORDER AND DENYING WITHOUT PREJUDICE MOTION FOR A REPATRIATION ORDER (DKT. NO. 2)**

---

Plaintiff United States Securities and Exchange Commission has filed an *ex parte* emergency motion for an asset freeze order. Dkt. Nos. 2, 3 at 19. Along with the motion, the court has considered the plaintiff's memorandum of law in support of the motion, the declarations, exhibits and all other documents filed with the motion, dkt. nos. 2-1, 3, and has heard the plaintiff's arguments in support of the motion.

The court **FINDS** that:

1

The court has federal question subject matter jurisdiction over this case and there is cause to believe it will have personal jurisdiction over defendant Charles T. Lawrence, Jr. ("Lawrence") and relief defendants Landes Prive, LLC, Landes and Compagnie Trust Prive aka Landes and Compagnie Trst Prive KB, HekYeah, LLC, Justin D. Smith and Brenda M. Bisner (collectively, "relief defendants"). The plaintiff is a proper party to bring this case requesting the relief sought in its complaint.

The plaintiff has made a sufficient and proper showing and there is good cause to believe that it will ultimately succeed in establishing that defendant Lawrence has engaged, is engaging and likely will continue engaging in transactions, practices and courses of business that violate the federal securities laws, as alleged in the complaint, including Section 17(a) of the Securities Act [15 U.S.C. §77q(a)]; and Section 10(b) of the Exchange Act [15 U.S.C. §78j] and Rule 10b-5 [17 CFR §240.10b-5].

There is good cause to believe that defendant Lawrence has obtained money or property from investors as a result of the securities laws violations alleged in the complaint.

There is good cause to believe that the relief defendants received money, property or other assets obtained from the misconduct alleged in the complaint; that they do not have a legitimate claim to such money, property or other assets; and it would be inequitable and unjust for them to retain any of it.

There is good cause to believe that unless frozen by order of this court, assets that otherwise could have been subject to an order of disgorgement and civil penalties under Section 20(d) of the Securities Act of 1933 [15 U.S.C. §77t(d)] and Section 21(d) of the Securities Exchange Act of 1934 [15 U.S.C. §78u(d)] will be dissipated, concealed or transferred from the jurisdiction of this court.

An order freezing assets in necessary to preserve the *status quo* and to protect this court's ability to award equitable relief for the benefit of any investors who may have been harmed by defendant Lawrence's conduct.

There is good cause to believe that providing notice of these proceedings may result in the dissipation, concealment or transfer of assets or the spoliation of evidence. The plaintiff's pleadings and attachments demonstrate that immediate and irreparable injury, loss or damage would result if defendant Lawrence and/or the relief defendants received contemporaneous notice of this lawsuit and this motion.

The court **ORDERS** that:

All funds and other assets owned, possessed, managed, controlled or held, whether directly or indirectly, by defendant Charles T. Lawrence, Jr.; Landes Prive, LLC, Landes and Compagnie Trust Prive aka Landes and Compagnie Trst Prive KB, HekYeah, LLC, Justin D. Smith and Brenda M. Bisner ("relief defendants") are **FROZEN**.

Defendant Lawrence and the relief defendants, and any of their respective agents, servants, employees, attorneys, depositories, banks and

3

those persons in active concert or participation with any one or more of them, and each of them, who receive actual notice of this order or its terms, by personal service, mail, facsimile transmission, email, or otherwise, are **RESTRAINED** from directly or indirectly transferring, selling, encumbering, receiving, concealing, changing, pledging, hypothecating, assigning, liquidating, incurring debt upon, or otherwise disposing of, or withdrawing, any funds, assets or other property (including money, real estate, personal property, securities, chose in action or any other form of asset or property of any kind whatsoever) that are subject to this order.

This asset freeze order extends to accounts at any bank, brokerage or other financial institution: (1) in the name of defendant Lawrence or any of the relief defendants; (2) that defendant Lawrence or any of the relief defendants has signatory authority or a beneficial interest; (3) that defendant Lawrence or any of the relief defendants directly or indirectly controls, owns or manages; (4) that is held for the benefit of defendant Lawrence or any of the relief defendants, including through corporations, trusts, partnerships, agents, nominees, friends or relatives; or (5) which are traceable to funds and assets, wherever located, belonging to the victims of the securities law violations alleged in the plaintiff's complaint.

Defendant Lawrence and any of the relief defendants, and their respective agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, and each of them, who receive actual notice of this order or its terms, by

4

personal service, mail, facsimile transmission, email, or otherwise, are **RESTRAINED** from directly or indirectly transferring, selling, encumbering, receiving, concealing, changing, pledging, hypothecating, assigning, liquidating, incurring debt upon, or otherwise disposing of, or withdrawing, any funds or assets that constitute investor funds or any accounts or property into which investor funds were deposited or invested.

Defendant Lawrence and any of the relief defendants, and their agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, and each of them, who receive actual notice of this order or its terms, by personal service, mail, facsimile transmission, email, or otherwise, are **RESTRAINED** from opening or causing to be opened any safe deposit boxes, commercial mail boxes, or storage facilities titled in the name of defendant Lawrence or any of the relief defendants, or subject to access by any of them, without providing the plaintiff prior reasonable notice and an opportunity to fully inspect the contents in order to determine whether they contain assets subject to this order.

Any bank, brokerage, or other financial institution, or other person or entity holding any funds or anything else of value, in the name of, for the benefit of, or under the control of defendant Lawrence or any of the relief defendants, wherever located, and that receives actual notice of this order or its terms, by personal service, mail, email, facsimile transmission or otherwise, must hold and retain within its control and prohibit the withdrawal, removal, transfer, disposition, pledge, encumbrance, assignment, set off, sale,

5

liquidation, dissipation, concealment, or other disposal of, any such funds, assets or property.

Funds, assets and property covered by this order include, but are not limited to, any holdings in the following accounts:

| INSTITUTION | ACCOUNT NUMBER | ACCOUNT TYPE | ACCOUNT HOLDER |
|---|---|---|---|
| Bank of America | XXXX6307 | Checking | Landes Prive LLC |
| Bank of America | XXXX6310 | Savings | Landes Prive LLC |
| Bank of America | XXXX2699 | Unknown | Justin D Smith |
| Bank of America | XXXX2686 | Unknown | Justin D Smith |
| Bank of America | XXXX8442 | Credit Card | Justin D Smith |
| Bank of America | XXXX7969 | Checking | Landes and Compagnie Trust Prive |
| Bank of America | XXXX7972 | Savings | Landes and Compagnie Trust Prive |
| Bank of America | XXXX7330 | Checking | Brenda M Bisner |
| Bank of America | XXXX3293 | Savings | Brenda M Bisner |
| Bank of America | XXXX5264 | Checking | HekYeah LLC |
| Bank of America | XXXX9125 | Checking | Baby Toes Media LLC |
| Bank of America | XXXX4028 | Credit Card | Landes and Co Trust |
| Bank of America | XXXX1672 | Credit Card | Landes and Co Trust |
| Citibank | XXXX3436 | Unknown | LBA Ventures LLC |
| Citibank | Unknown | Checking | Charles T Lawrence Jr. |

| INSTITUTION | ACCOUNT NUMBER | ACCOUNT TYPE | ACCOUNT HOLDER |
|---|---|---|---|
| Citibank | Unknown | Credit Card | Charles T Lawrence Jr. |
| PayPal | Unknown | N/A | Brenda M Bisner |
| Paypal | Unknown | N/A | Baby Toes Media LLC |
| Venmo | Unknown | N/A | Brenda M Bisner |
| Venmo | Unknown | N/A | Charles T Lawrence Jr. |
| American Express | Unknown | Unknown | Brenda M Bisner |
| American Express | Unknown | Unknown | Justin D Smith |
| Robinhood | Unknown | Unknown | Brenda M Bisner |
| Robinhood | XXXX2649 | Unknown | Justin D Smith |
| Huntington Bank | XXXX7304 | Checking | Justin D Smith |
| Huntington Bank | XXXX6931 | Savings | Justin D Smith |
| Huntington Bank | XXXX5228 | Checking | Landes and Compagnie Trust Prive |
| Huntington Bank | XXXX2100 | Checking | Landes and Compagnie Trust Prive |
| Huntington Bank | XXXX5851 | Savings | Landes and Compagnie Trust Prive |
| Huntington Bank | XXXX1969 | Unknown | Landes Capital Management LLC |
| Ally Invest | Unknown | Unknown | Justin D Smith |
| APEX Clearing | Unknown | Unknown | Justin D Smith |

| INSTITUTION | ACCOUNT NUMBER | ACCOUNT TYPE | ACCOUNT HOLDER |
|---|---|---|---|
| Merrill Lynch | Unknown | Unknown | Justin D Smith |
| Capital One | Unknown | Credit Card | Justin D Smith |
| Wells Fargo | XXXX7527 | Checking | Justin D Smith |
| Wells Fargo | XXXX3084 | Credit Card | Justin D Smith |
| Wells Fargo | XXXX3683 | Credit Card | Justin D Smith |
| Wells Fargo | XXXX3973 | Credit Card | Justin D Smith |
| Wells Fargo | XXXX3225 | Brokerage | Justin D Smith |
| CMG Capital Management Group | Unknown | Brokerage | Justin D Smith |
| Navy Federal Credit Union | XXXX0516 | Checking | Justin D Smith |
| Coinbase | Unknown | Unknown | Justin D Smith |
| Credit One Bank | XXXX1140 | Credit Card | Justin D Smith |
| Credit One Bank | XXXX9717 | Credit Card | Justin D Smith |
| First Premier Bank | XXXX5998 | Credit Card | Justin D Smith |
| First Premier Bank | XXXX3569 | Credit Card | Justin D Smith |
| TD Ameritrade | XXXX2632 | Brokerage | Landes and Compagnie Trust Prive KB |
| TD Ameritrade | XXXX9243 | Brokerage | Justin D Smith |
| TD Ameritrade | XXXX2765 | Unknown | Landes Capital Mangement LLC |
| JP Morgan Chase | XXXX9133 | Unknown | Landes and Compagnie Trst Prive KB |
| TD Bank | XXXX4741 | Unknown | Landes Prive LLC |

8

| INSTITUTION | ACCOUNT NUMBER | ACCOUNT TYPE | ACCOUNT HOLDER |
|---|---|---|---|
| San Blas Securities | XXXX6976 | Unknown | Landes Prive LLC |
| San Blas Securities | XXXX0005 | Unknown | Landes Prive LLC |

To facilitate compliance with this order, no later than twenty-four (24) hours after receiving a copy of this order or notice of its terms, defendant Lawrence and each of the relief defendants must identify with specificity and disclose to the plaintiff all accounts—including but not limited to all bank accounts, brokerage accounts, retirement accounts, trust accounts and/or other financial accounts, wherever located—in which Lawrence or any of the relief defendants has an ownership or beneficial interest.

The court **DENIES WITHOUT PREJUDICE** the plaintiff's request for ancillary relief in the form of an order of repatriation. Dkt. No. 3 at 22.

Dated in Milwaukee, Wisconsin this 4th day of May, 2023.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**