UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

        Plaintiff,                             **UNDER SEAL**
                                               Case No. 23-cv-550-PP

    v.

CHARLES T. LAWRENCE, JR.,

        Defendant,

    and

LANDES PRIVE, LLC,
LANDES AND COMPAGNIE TRUST PRIVE,
also known as Landes and Compagnie Trst Prive KB,
HEKYEH, LLC, JUSTIN D. SMITH and
BRENDA A. BISNER,

        Relief Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE PAPERS UNDER SEAL PURSUANT TO GENERAL LOCAL RULE 79(d) (E.D. WIS.) (DKT. NO. 5)**

       Plaintiff United States Securities and Exchange Commission has filed a motion to file papers under seal. Dkt. No. 5. The plaintiff has shown good cause under this court's General Local Rule 79(d) that the court should temporarily seal this case in its entirety to allow the plaintiff sufficient time to effectuate the asset freeze and other relief.

       The court **GRANTS** the motion. Dkt. No. 5.

       The court **ORDERS** that the complaint (Dkt. No. 1), *Ex Parte* Emergency Motion for a Temporary Restraining Order, Asset Freeze Order, and Other

Emergency Relief (Dkt. No. 2) and all other pleadings, motions, exhibits and papers, as well as all court orders filed or entered in the case (including this order) and the docket sheet, must be **SEALED** until the earlier of: (a) five business days after the date and time the court issues a temporary restraining order and asset freeze order in this matter; or (b) upon the plaintiff's notification to the clerk of the court that it is no longer necessary for this case to remain under seal. Upon the earlier of these developments, the clerk of court must unseal the docket and all papers and orders filed in this case.

The court **ORDERS** that while the case is sealed, the plaintiff may provide sealed filings and sealed orders to the banks, brokers and other financial institutions identified in the asset freeze order; to defendant Lawrence and the relief defendants in order to effectuate the orders entered by the court; to federal law enforcement agencies; and/or to any other individuals or entities as the SEC deems necessary in order to effectuate the orders of this court.

The court **ORDERS** that immediately following the unsealing of this case, unless it already has done so, the plaintiff must deliver to defendant Lawrence and the relief defendants by email, facsimile or overnight mail, all of the papers filed and orders entered in this case, which shall constitute service of the TRO motion and related filings and orders.

Dated in Milwaukee, Wisconsin this 4th day of May, 2023.

**BY THE COURT:**

_____

**HON. PAMELA PEPPER**
**Chief United States District Judge**