UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

vs.

CHARLES T. LAWRENCE, JR.

    Defendant,

  and

LANDES PRIVE, LLC, LANDES AND
COMPAGNIE TRUST PRIVE aka LANDES
AND COMPAGNIE TRST PRIVE
KB, HEKYEAH, LLC, JUSTIN D. SMITH,
and BRENDA M. BISNER,

    Relief Defendants.

**Case No. 23-cv-550-pp**

**Chief Judge Hon. Pamela Pepper**

## AGREED MOTION TO STAY THIS MATTER AS TO CHARLES LAWRENCE

Now Comes the Defendant, CHARLES LAWRENCE, by and through his counsel, Nishay K. Sanan, Esq., and moves this Court to stay these proceedings, in support thereof he states:

1. On or about 6/14/2023, Charles Lawrence was arraigned in the Eastern District of Wisconsin on criminal charges stemming from this matter brought by the SEC.

2. Counsel informed this Court of the charges and orally moved on the same date, during a status on this matter, to stay the proceeding as to Charles Lawrence.

3. The Government agreed to the Stay.

4. Counsel now files this written motion at the request of the court.

Wherefore, Charles Lawrence prays that this Court enter and order staying this matter until the criminal matter is resolved.

Respectfully Submitted,

/s/ Nishay K. Sanan

Nishay K. Sanan

Attorney for Defendant

53 W. Jackson Blvd.

Suite 1424

Chicago, IL 60604

312-692-0360

nsanan@aol.com

CERTIFICATE OF SERVICE

    The undersigned, an attorney, first being duly sworn on oath, states that a copy of Motion was served upon the parties who have filed appearances in this matter, by electronically filing the same pursuant to rules of ECM on June 15, 2023.

\_\_/s/ Nishay Sanan_____