UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES SECURITIES AND
EXHANGE COMMISSION,

        Plaintiff,

  v.

CHARLES T. LAWRENCE, JR.

        Defendant

  and

LANDES PRIVE, LLC.,
LANDES AND COMPAGNIE TRUST PRIVE
*a/k/a Landes and Compagnie Trst KB*,
HEKYEAH, LLC, JUSTIN D. SMITH
and BRENDA M. BISNER,

        Relief Defendants

Case No. 23-cv-550-pp

## FINAL DEFAULT JUDGMENT AS TO RELIEF DEFENDANTS LANDES PRIVE, LLC, LANDES AND COMPAGNIE TRUST PRIVE A/K/A LANDES AND COMPAGNIE TRST PRIVE KB AND HEKYEAH, LLC

On October 30, 2024, the court orally granted the plaintiff's motion for default judgment against relief defendants Landes Prive, LLC ("Landes Prive"), Landes and Compagnie Trust Prive a/k/a Landes and Compagnie Trst [*sic*] Prive KB ("Landes KB"), and HekYeah, LLC ("HekYeah") (collectively, "entity relief defendants"). The court **ORDERS** the entry of final judgment against the entity relief defendants as follows:

1

## I.

The court **ORDERS** and **ADJUDGES** that relief defendants Landes Prive, Landes KB and HekYeah are liable for disgorgment representing net profits gained as a result of the conduct alleged in the complaint, together with prejudgment interest on those net profits, as follows:

| Relief Defendant | Disgorgement Amount | Prejudgment Interest |
|---|---|---|
| Landes Prive | $3,588,713 | $402,534 |
| Landes KB | $297,700 | $38,371 |
| HekYeah | $9,900 | $1,392 |

Each entity relief defendant must satisfy its obligation by paying its respective disgorgement and prejudgment interest amounts to the Securities and Exchange Commission within **thirty (30)** days after entry of this final judgment.

The entity relief defendants may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. The entity relief defendants also may make their payments directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. The entity relief defendants also may pay by certified check, bank cashier's check or United States postal money order payable to the Securities and Exchange Commission; the entity relief defendants must deliver or mail payments made in those forms to:

>Enterprise Services Center
>Accounts Receivable Branch
>6500 South MacArthur Boulevard
>Oklahoma City, OK 73169

and must include an accompanying letter identifying the case title, civil action number and name of this court; the respective entity relief defendant in this action; and a statement explaining that the entity is tendering the payment in compliance with this final judgment.

Simultaneously with the submission of payment, the entity relief defendants must transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this case. By making the relevant payment as required by this order, an entity relief defendant relinquishes all legal and equitable right, title and interest in such funds and no part of the funds shall be returned to any entity relief defendant.

The Commission may enforce the court's judgment for disgorgement and prejudgment interest by using all collection procedures authorized by law, including, but not limited to, moving for civil contempt at any time after thirty (30) days following entry of this final default judgment.

II.

The court **RETAINS JURISDICTION** of this case for the purposes of enforcing the terms of this final default judgment.

Dated in Milwaukee, Wisconsin this 31st day of October, 2024.

GINA M. COLLETTI
Clerk of Court

s/*Cary Biskupic*
(by) Deputy Clerk

BY THE COURT:

_____
HON. PAMELA PEPPER
**Chief United States District Judge**