UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

vs.

CHARLES T. LAWRENCE, JR.

    Defendant,

  and

LANDES PRIVE, LLC, LANDES AND
COMPAGNIE TRUST PRIVE aka LANDES
AND COMPAGNIE TRST PRIVE
KB, HEKYEAH, LLC, JUSTIN D. SMITH,
and BRENDA M. BISNER,

    Relief Defendants.

**Case No. 23-cv-550-pp**

**Chief Judge Hon. Pamela Pepper**

### PLAINTIFF'S UNOPPOSED MOTION TO LIFT STAY AS TO DEFENDANT CHARLES T. LAWRENCE, JR.

Plaintiff United States Securities and Exchange Commission ("SEC") hereby moves this Court to lift the stay on these proceedings with respect to Defendant Charles T. Lawrence, Jr. ("Lawrence"). In support of this motion, Plaintiff states as follows:

1. On June 14, 2023, Lawrence was arraigned in the Eastern District of Wisconsin on criminal charges arising from misconduct arising from the same transactions at issue in this case. *See United States v. Lawrence*, No. 23-cr-96-LA (E.D. Wis.) (the "Criminal Case").

2. That same day, during an oral status conference, counsel for Lawrence orally moved to stay these proceedings as to Lawrence. The SEC did not object. (*See* Dkt. 49.)

3. On June 15, 2023, Lawrence submitted a written motion for a stay pursuant to the Court's request. (Dkt. 46.)

4. On June 20, 2023, this Court issued an order granting Lawrence's motion for a stay "as to defendant Charles Lawrence only." (Dkt. 49.)

5. Lawrence ultimately entered into a plea agreement in the Criminal Case. His sentencing hearing occurred on October 10, 2024. On October 11, 2024, the Court entered a final judgment sentencing Lawrence to, among other things, 54 months of incarceration, an assessment of $100.00, and restitution in the amount of $4,030,263.51. (*See* Criminal Case Dkt. 24, 51, 52.)

6. The Criminal Case against Lawrence appears to be concluded, except for post-judgment matters such as motions pertaining to when Lawrence must report to serve his term of incarceration. (Criminal Case Dkt. 59, 60, 62, 63.) Accordingly, the SEC now seeks to have the stay lifted to allow it to pursue a resolution of this matter with respect to Lawrence.

7. Plaintiff SEC has conferred with counsel for Lawrence. He does not oppose this motion.

Wherefore, Plaintiff United States Securities and Exchange Commission respectfully requests that the Court lift the stay of this matter with respect to Defendant Charles T. Lawrence, Jr. and grant such other and further relief as the Court deems appropriate.

Dated: November 12, 2024    Respectfully submitted,

By: */s/BeLinda I. Mathie*
BeLinda I. Mathie (mathieb@sec.gov)
Amy S. Cotter (cottera@sec.gov)
Matthew T. Wissa (wissam@sec.gov)
U.S. Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604

Telephone: (312) 353-7390
*Attorneys for the Plaintiff United States Securities and Exchange Commission*

# CERTIFICATE OF SERVICE

I certify that on November 12, 2024, I caused a copy of the foregoing document to be served by ECF upon:

Nishay K. Sanan, Esq. (nsanan@aol.com)
Law Offices of Nishay K. Sanan
53 W. Jackson Blvd., Suite 1424
Chicago, IL 60604
*Counsel to Defendant Charles T. Lawrence, Jr.*

Vadim Glozman, Esq. (vg@glozmanlaw.com)
Law Offices of Vadim A. Glozman
53 West Jackson Blvd., Suite 1410
Chicago, IL 60604
*Counsel to Relief Defendant Justin D. Smith*

and by email and U.S. Mail delivery upon:

Ira Lee Sorkin (sorkin@mintzandgold.com)
Mintz & Gold
600 Third Avenue, 25th Floor
New York, NY 10016
*Counsel to Relief Defendant Brenda M. Bisner*

Landes Prive, LLC (landestrust@gmail.com; cl@landestrust.se; charles@landestrust.se)
Legalinc Corporate Services Inc.
131 Continental Drive, Suite 305
Newark, DE 19713

HekYeah, LLC (charles@landestrust.se)
Legalinc Corporate Services Inc.
131 Continental Drive, Suite 305
Newark, DE 19713

Landes and Compagnie Trust Prive (aka Landes and Compagnie Trst Prive KB) (justin@landestrust.se)
Registered Agents, Inc.
30 N. Gould Street, Suite R
Sheridan, WY 82801

    */s/BeLinda I. Mathie*
    BeLinda I. Mathie