UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

    vs.

CHARLES T. LAWRENCE, JR.

        Defendant.

**Case No. 23-cv-550-pp**

**Chief Judge Hon. Pamela Pepper**

## PLAINTIFF'S MOTION FOR STATUS HEARING

Plaintiff United States Securities and Exchange Commission ("SEC") hereby moves the Court to set a status hearing and direct the Bureau of Prisons to allow Defendant Charles T. Lawrence, Jr. ("Lawrence") to appear at the status hearing telephonically. In support of this motion, the SEC states as follows:

    1.    Lawrence is the last remaining defendant in this case.

    2.    Lawrence is currently unrepresented in this matter and according to the Bureau of Prisons inmate locator, is incarcerated at a Bureau of Prisons facility in Maryland following his criminal conviction in *United States v. Lawrence*, 23-cr-96 (E.D. Wis.) (the "Criminal Action").

    3.    On August 12, 2025, the Court entered a text-only Order (ECF 100) granting the SEC's Motion to Extend Rule 26(f) Deadline (ECF 98) and Lawrence's Motion Requesting Additional Time to Retain Counsel (ECF 99). The Order provided that Lawrence's time to retain counsel was extended to the end of the day on September 9, 2025, but if no counsel appeared for the defendant by that deadline, "the court will proceed under the assumption that the defendant is representing himself and will cooperate with the plaintiff in settlement discussions and in

crafting a Rule 26(f) report." (ECF 100.) The Order also set September 16, 2025 as the new deadline for the parties to file a Rule 26(f) report. (*Id.*) The ECF notice for ECF 100 states that a copy of the Order was sent to Lawrence via U.S. Mail.

4. In the interest of expediting compliance with the Court's Order, the SEC sent Lawrence a CorrLinks message on August 12, 2025 including the text of the Order. *See* Ex. A, August 12, 2025 CorrLinks message. The SEC asked Lawrence to review the Order carefully because it set new deadlines. *Id.*

5. Since August 12, 2025, the SEC has made multiple attempts to confer with Lawrence regarding potential settlement of this matter and crafting a Joint Rule 26(f) Report.

6. Specifically, on August 26, 2025, the SEC sent Lawrence a CorrLinks message which, among other things, asked if he had received the revised set of proposed settlement papers the SEC had mailed him and informed him that the SEC intended to send him the text of a draft Rule 26(f) report via CorrLinks. *See* Ex. B, August 26, 2025 CorrLinks message.

7. On September 8, 2025, the SEC sent Lawrence a CorrLinks message including the text of a proposed Joint Rule 26(f) Report. *See* Ex. C, September 8, 2025 CorrLinks message. The SEC asked Lawrence to "respond to this draft as soon as you are able, as it might take several rounds of back-and-forth to reach agreement on the final version to submit to the Court." *Id.* at 1.

8. No attorney entered an appearance on behalf of Lawrence by the September 9, 2025 deadline set in the Court's August 12, 2025 Order.

9. On September 10, 2025, the SEC sent Lawrence another CorrLinks message inquiring about potential settlement and whether Lawrence had any questions or comments concerning the draft Joint Rule 26(f) Report. *See* Ex. D, September 10, 2025 CorrLinks message.

10. On September 15, the SEC sent Lawrence an additional follow-up message. *See* Ex. E, September 15, 2025 CorrLinks message. That message informed Lawrence that if he did not respond concerning the Joint Report or if the parties were not able to reach agreement on the contents of a Joint Report in time to meet the filing deadline, the SEC intended to comply with the Court's August 12, 2025 Order by filing a Rule 26(f) report on its own behalf. *Id.* Finally, the SEC also told Lawrence that it intended to file a motion seeking a status hearing. *Id.*

11. As of the time of this filing, no attorney has contacted the SEC to indicate that he or she represents Lawrence, Lawrence has not informed the SEC that he is represented, and no attorney has entered an appearance on Lawrence's behalf. Nor has Lawrence or anyone acting on his behalf provided the SEC with any response to the SEC's revised settlement proposal.

12. Lawrence did not respond to any of the SEC's messages attached hereto as Exhibits A-E. Lawrence has not communicated with the SEC since an August 8, 2025 CorrLinks message, which was attached as Exhibit A to the SEC's Motion to Extend Rule 26(f) Deadline. (ECF 98-1.)

Wherefore, Plaintiff United States Securities and Exchange Commission respectfully requests that the Court set a status hearing in this matter and direct the Bureau of Prisons to allow Defendant Charles T. Lawrence, Jr. to participate telephonically, or grant such other and further relief as this Court deems appropriate.

Dated: September 16, 2025  Respectfully submitted,

 /s/BeLinda I. Mathie
BeLinda I. Mathie (mathieb@sec.gov)
Matthew T. Wissa (wissam@sec.gov)
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-7390
Attorneys for Plaintiff United States Securities and Exchange Commission

## CERTIFICATE OF SERVICE

I certify that on September 16, 2025, I caused a copy of the foregoing document and any attachments thereto to be served by U.S. Mail delivery upon:

Charles T. Lawrence, #64061-510
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

                                              */s/BeLinda I. Mathie*
                                              BeLinda I. Mathie