UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

v.

CHARLES T. LAWRENCE, JR.,

        Defendant,

    and

LANDES PRIVE, LLC;
LANDES AND COMPAGNIE TRUST PRIVE
*a/k/a Landes and Compagnie Trst Prive KB*;
HEKYEAH, LLC; JUSTIN D. SMITH
and BRENDA M. BISNER,

        Relief Defendants.

Case No. 23-cv-550-pp

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF CONSENT JUDGMENT AS TO DEFENDANT CHARLES T. LAWRENCE, JR. AND TO AMEND JUDGMENT AS TO RELIEF DEFENDANT LANDES PRIVE, LLC (DKT. NO. 112) AND DISMISSING CASE**

During a hearing on February 17, 2025, the plaintiff reported that it had reached a settlement with defendant Charles Lawrence and had filed a motion for the entry of consent judgment as to Lawrence and to amend the judgment as to relief defendant Landes Prive, LLC. Dkt. No. 112. The court will grant the motion, enter the consent judgment as to defendant Lawrence and amend the previously-entered judgment against relief defendant Landes Prive. Because

1

judgment now will be entered against all defendants, the court will dismiss the case.

In the complaint, the plaintiff alleged that Lawrence raised millions of dollars through the fraudulent offer and sale of investment contracts. Dkt. No. 1 at ¶2. Lawrence purportedly instructed investors to wire investment funds to a bank account in the name of relief defendant Landes Prive, over which he had sole control. Id. at ¶5. On October 31, 2024, the court granted the plaintiff's motion for default judgment against Landes Prive and several other relief defendants and ordered Landes Prive to disgorge a total of $3,991,247. Dkt. No. 72 at 2.

Meanwhile, the government filed criminal charges against Lawrence. See United States v. Lawrence, Case No. 23-cr-96-LA (E.D. Wis.). On June 3, 2024, Lawrence entered into a plea agreement. Id. at Dkt. No. 24. The court sentenced Lawrence to fifty-four months of imprisonment and ordered him to pay $4,030,263.51 in restitution. Id. at Dkt. No. 52.

The parties since have agreed to a proposed final judgment that permanently enjoins Lawrence from violating the antifraud provisions charged in the complaint and orders Lawrence—jointly and severally with Landes Prive—to disgorge profits of $3,588,713, plus prejudgment interest of $402,534, for a total of $3,991,247. Dkt. No. 112 at ¶4. The parties agree that the disgorgement will be deemed satisfied by the restitution previously ordered in Lawrence's criminal case. Id.

The court finds the consent agreement to be fair and reasonable, that its terms are clear and that it reflects the actual claims in the complaint. See SEC v. Citigroup Global Markets, Inc., 752 F.3d 285, 294-295 (2d Cir. 2014). There is nothing to suggest that the decree is tainted by improper collusion or corruption. Id. at 295. The court already has entered judgment against Landes Prive, and the complaint and joint motion together establish a basis for joint and several liability between Lawrence and Landes Prive.

The court **GRANTS** the plaintiff's unopposed motion for entry of consent judgment as to defendant Charles T. Lawrence, Jr. and to amend judgment as to relief defendant Landes Prive, LLC. Dkt. No. 112. The clerk will enter judgments accordingly.

The court **ORDERS** that this case is **DISMISSED**.

Dated in Milwaukee, Wisconsin this 23rd day of February, 2026.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**